# In the United States Court of Appeals for the Third Circuit

## Case No. 23-2432

CLIFFORD BOYNES CHRIS CHRISTIAN; MARGARET THOMPSON; DELIA ALMESTICA; CARLOS CHRISTIAN; ANNA REXACH- CONSTANTINE, Esq.; MERVYN CONSTANTINE; NEAL DAVIS; EDNA SANTIAGO; GUIDRYCIA WELLS; O'SHAY WELLS; AARON G. MAYNARD; VERNE MCSWEEN; ROCHELLE GOMEZ; MYRNA MATHURIN; JOAN MATHURIN; WARRINGTON CHAPMAN;
*(For Continuation of Caption See Inside Cover)*

ON APPEAL FROM THE DISTRICT COURT OF THE VIRGIN ISLANDS IN NOS. 1-21-CV-00253, 1-21-CV-00259, 1-21-CV-00260 AND 1-21-CV-00261 SAT BELOW: HONORABLE WILMA A. LEWIS, U.S.D.J.

**ADDENDUM TO BRIEF OF PLAINTIFFS-APPELLEES CONTAINING THE SIGNATURES OF ATTORNEYS**

Shanon J. Carson
Yechiel Michael Twersky
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000

Daniel H. Charest
Quinn M. Burns
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550

Kerry J. Miller
Rebekka C. Veith
C. Hogan Paschal
Carly E. Jonakin
FISHMAN HAYGOOD, L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
Telephone: (504) 586-5252

*Additional Counsel on Signature Page*

*Counsel for Plaintiffs-Appellees*

Dated: March 1, 2024

ANN MARIE JOHN-BAPTISTE; LEOBA JOHN-BAPTISTE-PELLE; J. M. M., by and through his mother Anna Rexach-Constantine; V. M., by and through his mother Anna Rexach-Constantine; Z. R. C., by and through his mother Anna Rexach-Constantine; M. M., by and through his mother Anna Rexach-Constantine; O. N., by and through his mother Guidrycia Wells,

– v. –

LIMETREE BAY VENTURES LLC; ARC LIGHT CAPITAL PARTNERS; FREEPOINT COMMODITIES; EIG GLOBAL ENERGY PARTNERS; BP PRODUCTS NORTH AMERICA INC; LIMETREE BAY TERMINALS LLC, DBA Ocean Point Terminals; LIMETREE BAY HOLDINGS LLC; LIMETREE BAY PREFERRED HOLDINGS LLC; ARCLIGHT AIV, LP; ARCLIGHT ENERGY PARTNER FUND VI L.P; UNIVERSAL PLANT SERVICES VI LLC; EXCEL CONSTRUCTION MAINTENANCE VI INC.; ELITE TURNAROUND SPECIALISTS LTD.; PINNACLE SERVICES LLC; VERSA INTEGRITY GROUP INC; NATIONAL INDUSTRIES SERVICES LLC; JOHN DOES 1-100,

(D.V.I. Nos. 1-21-cv-00253)

HELEN SHIRLEY; ANISHA HENDRICKS; CRISTEL RODRIGUEZ; JOSIE BARNES; ARLEEN MILLER; ROSALBA ESTEVEZ; ISIDORE JULES; JOHN SONSON; VIRGINIE GEORGE and all others similarly situated,

– v. –

LIMETREE BAY VENTURES LLC; LIMETREE BAY TERMINALS LLC,; LIMETREE BAY REFINING LLC;

(D.V.I. Nos.1-21-cv-00259)

FRANCIS CHARLES; THERESA J. CHARLES;
– v. –
LIMETREE BAY REFINING LLC; LIMETREE BAY TERMINALS LLC; LIMETREE BAY VENTURES LLC; ARC LIGHT CAPITAL PARTNERS LLC; FREEPOINT COMMODITIES; EIG GLOBAL ENERGY PARTNERS; ARCLIGHT ENERGY PARTNER FUND VI L.P; ARCLIGHT AIV, LP; LIMETREE BAY HOLDINGS LLC; LIMETREE BAY PREFERRED HOLDINGS LLC,

(D.V.I. Nos. 1-21-cv-00260)

BEECHER COTTON; PAMELA L. COLON; SIRDINA ISAAC-JOSEPH; SYLVIA BROWNE; JEAN-MARIE ALVINA ILARRAZA; ESTHER CLIFFORD; RYAN ALLEYNE; AGNES AUGUSTUS; CESARINA MIRANDA
– v. –
LIMETREE BAY VENTURES LLC; LIMETREE BAY REFINING LLC; LIMETREE BAY TERMINALS LLC; ARC LIGHT CAPITAL PARTNERS; FREEPOINT COMMODITIES; EIG GLOBAL ENERGY PARTNERS; BP PRODUCTS NORTH AMERICA INC; JOHN DOES 1-10; LIMETREE BAY HOLDINGS LLC; LBR LIQUIDATING TRUST; M. DAVID SUNN; DBA OCEAN POINT TERMINALS; UNIVERSAL PLANT SERVICES VI, LLC; EXCEL CONSTRUCTION, MAINTENANCE VI INC; ELITE TURNAROUND SPECIALISTS LTD.; PINNACLE SERVICES LLC; VERSA INTEGRITY GROUP INC; NATIONAL INDUSTRIES SERVICES LLC,

(D.V.I. Nos 1-21-cv-00261)

LIMETREE BAY TERMINALS LLC,

*Appellant.*

Respectfully submitted,

Dated: March 1, 2024

*s/ Shanon J. Carson*
Shanon J. Carson (PA 85957)
Yechiel Michael Twersky (PA 312411)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
scarson@bm.net
mitwersky@bm.net

Lee J. Rohn
Rhea R. Lawrence
1108 King Street, Suite 3
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 778-8855
lee@rohnlaw.com
rhea@rohnlaw.com

*Counsel for Cotton Plaintiffs-Appellees*

*s/ Kerry J. Miller*
Kerry J. Miller
Rebekka C. Veith
C. Hogan Paschal
Carly E. Jonakin
FISHMAN HAYGOOD, L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
Telephone: (504) 586-5252
kmiller@fishmanhaygood.com
rveith@fishmanhaygood.com
hpaschal@fishmanhaygood.com
cjonakin@fishmanhaygood.com

1

Hugh Lambert
J. Christopher Zainey
Brian Mersman
LAMBERT ZAINEY SMITH & SOSO, APLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
hlambert@lambertainey.com
czainey@lambertzainey.com
bmersman@lambertzainey.com

*Counsel for Boynes Plaintiffs-Appellees*

*s/ Daniel H. Charest*
Daniel H. Charest
Quinn M. Burns
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550
dcharest@burnscharest.com
qburns@burnscharest.com

*Counsel for Shirley Plaintiffs-Appellees*

*s/ John K. Dema*
John K. Dema
LAW OFFICES OF JOHN K. DEMA, PC
1236 Strand Street, Suite 103
Christiansted, St. Croix, VI 00820
jdema@demalaw.com

*Counsel for Charles Plaintiffs-Appellees*

# CERTIFICATE OF BAR MEMBERSHIP

I, Shanon J. Carson, hereby certify that I am a member in good standing of the Bar of the United States Court of Appeals for the Third Circuit.

Dated:  March 1, 2024     *s/ Shanon J. Carson*
Shanon J. Carson (PA 85957)
Yechiel Michael Twersky (PA 312411)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
scarson@bm.net
mitwersky@bm.net

*Counsel for Plaintiffs-Appellees*

# CERTIFICATE OF COMPLIANCE

I hereby certify that this brief contains 11,409 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f). This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using 14-point Times New Roman font with Microsoft Word.

Respectfully submitted,

Dated:  March 1, 2024  *s/ Shanon J. Carson*
Shanon J. Carson (PA 85957)
Yechiel Michael Twersky (PA 312411)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
scarson@bm.net
mitwersky@bm.net

Lee J. Rohn
Rhea R. Lawrence
1108 King Street, Suite 3
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 778-8855
lee@rohnlaw.com
rhea@rohnlaw.com

*Counsel for Cotton Plaintiffs-Appellees*

*s/ Kerry J. Miller*
Kerry J. Miller
Rebekka C. Veith
C. Hogan Paschal
Carly E. Jonakin
FISHMAN HAYGOOD, L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
Telephone: (504) 586-5252
kmiller@fishmanhaygood.com
rveith@fishmanhaygood.com
hpaschal@fishmanhaygood.com
cjonakin@fishmanhaygood.com

Hugh Lambert
J. Christopher Zainey
Brian Mersman
LAMBERT ZAINEY SMITH & SOSO, APLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
hlambert@lambertainey.com
czainey@lambertzainey.com
bmersman@lambertzainey.com

*Counsel for Boynes Plaintiffs-Appellees*

*s/ Daniel H. Charest*
Daniel H. Charest
Quinn M. Burns
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550
dcharest@burnscharest.com
qburns@burnscharest.com

*Counsel for Shirley Plaintiffs-Appellees*

5

*s/ John K. Dema*
John K. Dema
LAW OFFICES OF JOHN K. DEMA, PC
1236 Strand Street, Suite 103
Christiansted, St. Croix, VI 00820
jdema@demalaw.com

*Counsel for Charles Plaintiffs-Appellees*

# CERTIFICATE OF VIRUS CHECK AND IDENTICAL DOCUMENTS

I hereby certify that this brief, as filed electronically, was scanned for computer viruses using Microsoft Defender. This brief complies with the electronic filing requirements of Local Rule 31.1(c) because the text of this electronic brief is identical to the text of the paper copies.

Respectfully submitted,

Dated: March 1, 2024
 *s/ Shanon J. Carson*
Shanon J. Carson (PA 85957)
Yechiel Michael Twersky (PA 312411)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
scarson@bm.net
mitwersky@bm.net

Lee J. Rohn
Rhea R. Lawrence
1108 King Street, Suite 3
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 778-8855
lee@rohnlaw.com
rhea@rohnlaw.com

*Counsel for Cotton Plaintiffs-Appellees*

*s/ Kerry J. Miller*
Kerry J. Miller
Rebekka C. Veith
C. Hogan Paschal
Carly E. Jonakin
FISHMAN HAYGOOD, L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
Telephone: (504) 586-5252
kmiller@fishmanhaygood.com
rveith@fishmanhaygood.com
hpaschal@fishmanhaygood.com
cjonakin@fishmanhaygood.com

Hugh Lambert
J. Christopher Zainey
Brian Mersman
LAMBERT ZAINEY SMITH & SOSO, APLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
hlambert@lambertainey.com
czainey@lambertzainey.com
bmersman@lambertzainey.com

*Counsel for Boynes Plaintiffs-Appellees*

*s/ Daniel H. Charest*
Daniel H. Charest
Quinn M. Burns
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550
dcharest@burnscharest.com
qburns@burnscharest.com

*Counsel for Shirley Plaintiffs-Appellees*

*s/ John K. Dema*
John K. Dema
LAW OFFICES OF JOHN K. DEMA, PC
1236 Strand Street, Suite 103
Christiansted, St. Croix, VI 00820
jdema@demalaw.com

*Counsel for Charles Plaintiffs-Appellees*

# STATEMENT REPRESENTING THE CONSENT OF ALL PLAINTIFFS-APPELLEES

Pursuant to Fed. R. App. Pro. 28(i), and this Court's Order, (ECF No. 5), Plaintiffs-Appellees are filing a single consolidated Appellees' Brief. Counsel for all Plaintiffs-Appellees join, and consents to the filing of this brief.

Respectfully submitted,

Dated: March 1, 2024

    *s/ Shanon J. Carson*
Shanon J. Carson (PA 85957)
Yechiel Michael Twersky (PA 312411)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
scarson@bm.net
mitwersky@bm.net

Lee J. Rohn
Rhea R. Lawrence
1108 King Street, Suite 3
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 778-8855
lee@rohnlaw.com
rhea@rohnlaw.com

*Counsel for Cotton Plaintiffs-Appellees*

*s/ Kerry J. Miller*
Kerry J. Miller
Rebekka C. Veith
C. Hogan Paschal
Carly E. Jonakin
FISHMAN HAYGOOD, L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
Telephone: (504) 586-5252
kmiller@fishmanhaygood.com
rveith@fishmanhaygood.com
hpaschal@fishmanhaygood.com
cjonakin@fishmanhaygood.com

Hugh Lambert
J. Christopher Zainey
Brian Mersman
LAMBERT ZAINEY SMITH & SOSO, APLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
hlambert@lambertainey.com
czainey@lambertzainey.com
bmersman@lambertzainey.com

*Counsel for Boynes Plaintiffs-Appellees*

*s/ Daniel H. Charest*
Daniel H. Charest
Quinn M. Burns
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550
dcharest@burnscharest.com
qburns@burnscharest.com

*Counsel for Shirley Plaintiffs-Appellees*

11

*s/ John K. Dema*
John K. Dema
LAW OFFICES OF JOHN K. DEMA, PC
1236 Strand Street, Suite 103
Christiansted, St. Croix, VI 00820
jdema@demalaw.com

*Counsel for Charles Plaintiffs-Appellees*

# CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2024, I electronically filed the foregoing Addendum To Brief Of Plaintiffs-Appellees Containing The Signatures of Attorneys with the Clerk of this Court using the CM/ECF System, which will send a notification of electronic filing to all counsel of record.

Dated: March 4, 2024         *s/ Shanon J. Carson*
Shanon J. Carson
Yechiel Michael Twersky
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
scarson@bm.net
mitwersky@bm.net